

Serena Ruiz
22 Rampart Blvd
Las Vegas, NV 89147

US District Court Clerk's Office
500 Poydras Street, Room C-151
New Orleans, LA 70130

UNITED STATES
OF AMERICA
FOREVER/USA



v-00246-DJP-JVM     Document 1-2     Filed 01/30/26

RECEIVED

JAN 30 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEPUTY CLERK